UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CV-00471-MOC

| | |
|---|---|
| MARIO ALLEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW M. SAUL, )<br>**Commissioner of Social Security,** )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on review of a final decision of the Commissioner of Social Security denying Plaintiff Mario Leon Allen's application for disability insurance benefits and supplemental security income. Plaintiff filed a Motion for Summary Judgment, requesting an order of reversal and remand for rehearing. Doc. No. 13. Plaintiff indicated in his supporting brief that he attached certain medical evidence to support remand. See Doc. No. 14 n. 77. However, those documents were not electronically filed with Plaintiff's brief. To ensure full consideration of Plaintiff's claims, the Court now enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Plaintiff **SHALL** submit the aforementioned evidence within **seven days** of the entry of this Order.

Signed: June 13, 2020

Max O. Cogburn Jr
United States District Judge